NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SCOT STREMS, ESQ., and STREMS          )
LAW FIRM, P.A.,                        )
                                       )
            Appellants,                )
                                       )
v.                                     )          Case No. 2D18-1038
                                       )
CITIZENS PROPERTY INSURANCE            )
CORPORATION and RAFAEL COSME,          )
                                       )
            Appellees.                 )
_____ )

Opinion filed December 12, 2018.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Hillsborough
County; Emmett Lamar Battles, Judge.

Melissa A. Giasi of Sivyer, Barlow &
Watson, P.A., Tampa, for Appellants.

Joel W. Walters of Walters, Levine &
Lozano, Sarasota, for Appellee Citizens
Property Insurance Corporation.

No appearance for Appellee Rafael Cosme.


PER CURIAM.

            This appeal is treated as a petition for writ of certiorari and is denied.

LaROSE, C.J., and KHOUZAM and BADALAMENTI, JJ., Concur.